**LAUREL EMPLOYMENT LAW**
William M. Hogg (SBN 338196)
808 Wilshire Boulevard, Suite 200
Santa Monica, California 90401
Tel: (323) 551-9221
Fax: (310) 654-4093
william@laurelemploymentlaw.com

**ANDERSON ALEXANDER PLLC**
Austin W. Anderson* (Texas Bar No. 24045189)
Email: austin@a2xlaw.com
William C. ("Clif") Alexander* (Texas Bar No. 24064805)
Email: clif@a2xlaw.com
Lauren E. Braddy* (Texas Bar No. 24071993)
Email: lauren@a2xlaw.com
Carter T. Hastings* (Texas Bar No. 24101879)
Email: carter@a2xlaw.com
101 N. Shoreline Blvd., Ste. 610
Corpus Christi, TX 78401
Tel: (361) 452-1279
Fax: (361) 452-1284

\* - *Pro Hac Vice* anticipated

*Attorneys for Plaintiff, Class, and Collective Members*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **TRISHA STANFIELD, Individually and on behalf of all others similarly situated,**<br><br>   **Plaintiff,**<br><br>v.<br><br>**APPLE INC.,**<br><br>   **Defendant**. | **Case No. 5:26–cv–04392–VKD**<br><br>**NOTICE OF FILING CONSENTS TO JOIN PURSUANT TO 29 U.S.C. § 216(b)**<br><br><br>**Action Filed:**  **May 12, 2026**<br>**Trial Date:**   **TBD** |

Plaintiff Trisha Stanfield hereby submits the attached notice of consents to join the FLSA collective action pursuant to 29 U.S.C. § 216(b).

1. Dominique Clark

Date: May 18, 2026

/s/ William M. Hogg
William M. Hogg
**LAUREL EMPLOYMENT LAW**

William C. ("Clif") Alexander*
Austin W. Anderson*
Lauren E. Braddy*
Carter T. Hastings*
**ANDERSON ALEXANDER PLLC**

* - *Pro Hac Vice* anticipated

*Counsel for Plaintiff, Class, and Collective Members*

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document(s) with the Clerk of Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system on May 18, 2026. I certify that if any participants are not registered CM/ECF users, service will be accomplished in accordance with Federal Rule of Civil Procedure 5(b).

/s/ William M. Hogg
William M. Hogg

NOTICE OF FILING CONSENT TO JOIN PURSUANT TO 29 U.S.C. § 216(b)
*Stanfield v. Apple Inc.*, Case No. 5:26–cv–04392–VKD