UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA STANFIELD,<br><br>                    Plaintiff,<br><br>        v.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No.  26-cv-04392-EJD   (SVK)<br><br>**ORDER OF RECUSAL** |

This Court, having been assigned to this case for discovery referral purposes, recuses itself from hearing this case. The Clerk of Court is directed to reassign this case to another magistrate judge.

**SO ORDERED.**

Dated: July 9, 2026

Susan van Keulen

SUSAN VAN KEULEN
United States Magistrate Judge